IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TORMU E. PRALL | : CIVIL ACTION |
| v. | : |
| COURT OF APPEALS, et al. | : NO. 12-2813 |

O R D E R

AND NOW, this 31st day of May, 2012, having considered plaintiff's civil rights complaint and his motion to proceed in forma pauperis, it is hereby ORDERED as follows:

1. Plaintiff's motion to proceed in forma pauperis is DENIED, pursuant to 28 U.S.C. § 1915(g), for the reasons discussed in the Court's Memorandum.

2. Plaintiff may reinstate this case by remitting the filing fee of $350 to the Clerk of Court within thirty (30) days from the date of this order.

3. The Clerk of Court shall mark this case CLOSED for statistical purposes.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.

FILED
MAY 31 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk